1

2

3

4

5                                                                    JS-6

6

7

8

9

10

11                     UNITED STATES DISTRICT COURT

12                    CENTRAL DISTRICT OF CALIFORNIA

13

14

15   V.A., A MINOR, BY AND THROUGH      )   No. 2:19-CV-04645-JAK (KSx)
     HIS GUARDIAN AD LITEM,             )
16   ROSA SEGURA                        )
                                        )   **ORDER RE JOINT STIPULATION**
17                         Plaintiff,   )   **TO DISMISS WITH PREJUDICE**
                                        )   **(DKT. 42)**
18              v.                      )
                                        )
19   MONTEBELLO UNIFIED SCHOOL          )
     DISTRICT                           )
20                                      )
                                        )
21                        Defendant.    )
22   _____    )

23

24

25

26

27

28

1

2

Based on a review of the parties' Joint Stipulation to Dismiss with Prejudice (the "Stipulation" (Dkt. 42)), sufficient good cause has been shown for the requested relief.

3

4

Therefore, the Stipulation is **APPROVED**. This action is hereby dismissed with prejudice.

5

6

7

**IT IS SO ORDERED.**

8

9

Dated:   January 19, 2021

10

_____

John A. Kronstadt
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28